IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: AREDIA AND ZOMETA                    )
PRODUCTS LIABILITY LITIGATION               )
                                            )
                                            )
This Document Relates To Case Nos.:         )
 3:07-CV-01184; 3:07-CV-01185; 3:07-CV-01186;  )
 3:07-CV-01187; 3:07-CV-01188; 3:07-CV-01189;  )   NO. 3:06-MD-1760
 3:07-CV-01190; 3:07-CV-01191; 3:07-CV-01192;  )   JUDGE CAMPBELL
3:07-CV-01193; 3:07-CV-01194; 3:07-CV-01195;  )
3:07-CV-01196; 3:07-CV-01197; 3:07-CV-01198;  )
3:07-CV-01199; 3:07-CV-01200; 3:07-CV-01201;  )
3:07-CV-01202; 3:07-CV-01203; 3:07-CV-01204;  )
3:07-CV-01205; 3:07-CV-01206; 3:07-CV-01207;  )
3:07-CV-01208; 3:07-CV-01209; 3:07-CV-01210;  )
3:07-CV-01211; 3:07-CV-01213; 3:07-CV-01225;  )
3:07-CV-01226; 3:07-CV-01280                 )

ORDER

Pending before the Court is Defendant's Motion for a Section 1404(a) Venue Transfer of the

Severed *Anderson, Becker* and *Wood* Actions to Plaintiffs' Home For a Following the Close of MDL

Discovery in Each Case (Docket No. 1073).  For the reasons stated in the accompanying

Memorandum, Defendant's Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE